Rochester Hotel Corporation, Respondent, *v.* Elizabeth Probst, as Executrix of Herman Probst, Deceased, et al., Appellants.

*Rochester Hotel Corporation* v. *Probst,* 160 App. Div. 912, affirmed.
(Submitted December 9, 1915; decided January 4, 1916.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 5, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for breach of an alleged contract to reimburse plaintiff the amount paid for replastering and decorating rooms in a certain hotel made necessary by defendant's failure to properly perform the original contract for plastering in said hotel.

*Norman M. Behr* and *William F. Kimber* for appellants.

*W. A. Matson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Willard Bartlett, Ch. J., Hiscock, Chase, Collin, Hogan, Seabury and Pound, JJ.